UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

NORTH AMERICAN COMPANY FOR                                                    PLAINTIFF
LIFE AND HEALTH INSURANCE

VS.                                                                           CIVIL ACTION NO. 3:06cv550-TSL-JCS

CHARLES H. LEWIS, III, ET AL.                                                 DEFENDANTS

## ORDER

Before the Court is the Motion to Substitute Parties (docket entry number 12) filed by the Estate of Howard W. Davis, Jr., Defendant, and joined by the five children of Howard W. Davis, Jr., as follows:  Peter Christian Davis, Bret W. Davis, Sean Fairchild Davis, Christopher Eric David, all adults, and by Field Austin Davis, a minor, by and through his mother and next friend, Cynthia Davis.  There being no opposition to the motion, and pursuant to Rule 25 of the Federal Rules of Civil Procedure, the Court finds that the motion is well taken and is hereby granted.  Accordingly, it is hereby ordered that Peter Christian Davis, Bret W. Davis, Sean Fairchild Davis, Christopher Eric David, all adults, and Field Austin Davis, a minor, by and through his mother and next friend, Cynthia Davis, be substituted as parties defendant and claimants in the place and stead of the Estate of Howard W. Davis, Jr.

SO ORDERED, this the 12th day of March, 2007.

s/ James C. Sumner_____
UNITED STATES MAGISTRATE JUDGE